# Index for Letters of Support

| Name | Exhibit No. | Relationship to Defendant |
|---|---|---|
| Allen, Clifford | 001 | former colleague |
| Andersen, Kevin | 002 | friend |
| Aresta, Frank | 003 | former colleague |
| Arico, Jerome | 004 | former supervisor |
| Arroyo, Jim | 005 | former supervisor |
| Assenmacher, Chad | 006 | former colleague |
| Avallone, Andrea | 007 | friend |
| Baer, Dominic | 008 | brother-in-law |
| Barry, John | 009 | former colleague |
| Bergin, Richard | 010 | former colleague |
| Bernard, Charles | 011 | former colleague |
| Blanco, William | 012 | former colleague |
| Bryan, Michael | 013 | former supervisor |
| Butt, Kevin | 014 | former colleague |
| Byrne, Stephen | 015 | former colleague |
| Cardona, William | 016 | former colleague |
| Carlino, Francesca | 017 | mother-in-law |
| Carlino-Baer, Gabriella | 018 | sister-in-law |
| Cassino, Michael | 019 | former colleague |
| Colon, Camille | 020 | former colleague |
| Cook, William | 021 | former colleague |
| Corbalis, James | 022 | former colleague |
| Costella, Marianna | 023 | friend |
| Coughlin, T. Glen | 024 | former supervisor |
| Cox, Randolph | 025 | former colleague |
| Cronin, James | 026 | former supervisor |
| Cully, Kenneth | 027 | former supervisor |
| Currao, Richard | 028 | former colleague |
| Dailey, Steve | 029 | former colleague |
| Daly, Matthew | 030 | former colleague |
| Daly, Paul | 031 | former colleague |
| Dauge, Vincent | 032 | former colleague |
| Del Rosario, Matthew | 033 | former colleague |
| Delaney, Thomas | 034 | former colleague |
| Dempsey, Tania | 035 | former colleague |
| Donovan, Ray | 036 | former supervisor |
| Dreyer, Danielle | 037 | former colleague |
| Dunlea, Sarah | 038 | former supervisor |

| Farrell, Dennis | 039 | former supervisor |
| --- | --- | --- |
| Flaherty, Keith | 040 | former colleague |
| Genco, Dustin (Jr.) | 041 | son |
| Genco, Fran | 042 | wife |
| Genco, Francesca | 043 | daughter |
| Gibson, Susan | 044 | former colleague |
| Glover, Kathryn | 045 | former colleague |
| Gray, Michael | 046 | former supervisor |
| Green, Richard | 047 | former colleague |
| Grogan, Michael | 048 | former colleague |
| Gyenes, Al | 049 | former colleague |
| Hagarty, Gregory | 050 | former collaborator |
| Haley, Thomas | 051 | former colleague |
| Hall, Joseph | 052 | former collaborator |
| Hayes, Richard | 053 | former supervisor |
| Hernandez, Alfred | 054 | former colleague |
| Ho, Lance | 055 | former colleague |
| Hunt, James | 056 | former supervisor |
| Judge, Kevin | 057 | former supervisor |
| Kearney, Robert | 058 | former colleague |
| Kuchinov, Jason | 059 | former supervisor |
| LaSala, Buddy | 060 | former collaborator |
| Louder, Steven | 061 | former colleague |
| Luna, Marlow | 062 | former colleague |
| Mannino, Jessica | 063 | friend |
| Marascia, Regina | 064 | maternal aunt |
| Marceda, Rocco | 065 | friend |
| Martinez, Luis | 066 | former colleague |
| Mauro, Nicholas | 067 | former collaborator |
| McDonald, Christopher | 068 | former supervisor |
| Meadows, Justin | 069 | former supervisor |
| Mogenis, Joseph | 070 | former colleague |
| Mulvey, Erin | 071 | former colleague |
| Murphy, Matthew | 072 | former colleague |
| Nicastro, Stephen | 073 | former colleague |
| Palmeri, Nicholas | 074 | former colleague |
| Philippe, Marcel | 075 | former collaborator |
| Picarella, Edward | 076 | friend |
| Pollock, Lori | 077 | former colleague |
| Preiss, Richard | 078 | former collaborator |
| Quinn, Terence | 079 | former colleague |

| Name | Number | Relationship |
|---|---|---|
| Riley, Todd | 080 | former colleague |
| Rodriguez, Brian | 081 | former collaborator |
| Roman, Mark | 082 | former colleague |
| Rosado, Jugony | 083 | former colleague |
| Roy, Kevin | 084 | former colleague |
| Rubin, Jordan | 085 | former collaborator |
| Ruiz, Susan | 086 | former colleague |
| Scanlon, Alicia | 087 | former colleague |
| Shaw, Richard | 088 | former colleague |
| Shea, Gavin | 089 | former colleague |
| Simpson, Leslie | 090 | former supervisor |
| Sommer, William | 091 | former colleague |
| Strafaci, Paul | 092 | former colleague |
| Tamweber, Joseph | 093 | former colleague |
| Tesoriero, Joseph | 094 | former collaborator |
| Turk, Richard | 095 | former collaborator |
| Tyler, Eric | 096 | former colleague |
| Van Houten, Robert | 097 | former supervisor |
| Vecchione, Joseph | 098 | former colleague |
| Walsh, William | 099 | former supervisor |
| Wilson, Jonathan | 100 | former colleague |
| Wulff, Sean | 101 | former colleague |