# EXHIBIT 91

October 13, 2023

The Honorable James L. Cott
Magistrate Judge
United States District Court, Southern District of New York
500 Pearl Street
New York, NY 10011

Dear Honorable James L. Cott,

　　My name is William Sommer and I am a Sergeant in the New York City Police Department. I have been a Police Officer for 23 years, and for the last 17 years I have performed Supervisory Duties as a Sergeant. I've worked most of my career in Bedford Stuyvesant, Crown Heights, Bushwick, Harlem, Jamaica, and Chelsea. I have supervised Patrolman and Detectives in a variety of units including the Joint Terrorism Task Force, the Drug Enforcement Task Force, and several other N.Y.P.D Investigative units. I've worked hand in hand with members of most federal and local New York State based Law Enforcement agencies. I am not stating this career path for any other reason than to explain that I have supervised a lot of people and to lay a foundation for you to understand that in those 17 years I have dealt with a lot of different personalities. I feel that it is very important for you to understand that Dustin Genco is truly a rare person and has sacrificed the majority of his life for the People of New York State, specifically New York City, as well as his coworkers, friends and most importantly his family.

　　I met Dustin in November of 2018. I had been working Terrorism cases for several years, and was looking to make a change back to working Narcotics cases but on a high level and attacking the most serious offenders in my eyes, the suppliers and high-level dealers. I was lucky enough to be able to join the Drug Enforcement Task Force. Once of America's oldest Task Forces, and what is considered the Pinnacle for a Narcotics Investigator. To get here is an honor. Terrorism cases obviously are extremely Important, but Narcotics Cases require a certain type of investigator. The type of Investigator that is working 24/7. Whether they are talking to informants, monitoring wire taps, monitoring GPS devices, surveillance cameras, or in Dustin Genco's case, all of the above and more. When I got to the Drug Enforcement Task Force, I was told that I would be assigned as a Supervisor on one of the busier and more successful teams. I was immediately introduced to one of the people who made that team successful and was instructed by my Supervisors that this specific Investigator was going to keep me busy with the volume of Investigations and work he did daily. That Investigator was Dustin Genco. A great Investigator unfortunately is required to sacrifice a lot of their personal and family time. Dustin was that Investigator, but he found a way to do it all and still keep a solid, loving family.

　　I have a ton of examples of how he sacrificed his time, but two specific ones sum it up. The first example, was Super Bowl Sunday a few years back. I recall finishing watching the game, and receiving a text a few hours later probably around 2 a.m. Now most people were asleep. Most

of my bosses were asleep. Everyone had to be at work the next day. Dustin was up, reviewing his cameras like he always did. And what did he see? The final piece of evidence that was needed to confirm what his intuition already led him to believe. Several drug dealers carrying large bags of kilogram quantity bricks of Narcotics into a location they were using to bag up the drugs for street level sales. He would later go on to take down the targets and assist in a successful prosecution, helping keep the streets of New York City cleaner. I recall one supervisor asking me how we knew exactly what we knew. My exact response, and I can remember it verbatim to this day, was that "while we were sleeping, Dustin was reviewing his cameras." That was Dustin Genco all day every day. Doing what needed to be done to get to a successful conclusion, and at the cost of his personal time. This may not seem like anything rare, but I can't stress enough that this type of extra attentiveness was Dustin EVERY DAY. Several other times I would receive calls from Dustin at his kids Soccer games or family functions in which he needed to excuse himself from enjoying and relay pertinent information to myself as well as prosecutors and other investigative partners. Unfortunately, all too many times I could hear the cheers in the background as a game was going on and he was multitasking to accomplish these goals. Unable to sit in the bleachers and enjoy the game with %100 concentration like the other parents. That's who he is. He sacrifices his personal enjoyment for others, whether it be his cases, or for the prosecutors, or for his bosses that relied on him.

I could sit here and write a book about all that Dustin has accomplished, and all that he has sacrificed. He is the guy who did everything he could for his family, his friends, and his co-workers when they needed him. He's the guy that coached little league. The guy that would give you the shirt off of his back if you needed it. The guy that after being in the hospital to learn that he had just under 50 percent blockage in one of the arteries to his heart, sat outside on his driveway with a flashlight late at night when he got home. Why? Because the stone in his wife's wedding ring fell out earlier on their way to the hospital for his procedure and none of us could find it. Was that because he cared about the monetary value of the stone? No, it was because his wife would not be able to sleep knowing that they lost it. Did he find it you may ask. Of course he did. That's who he is, and that's what everyone loves about Dustin. That is the second example I referred to. Is he perfect? No, none of us are. But he's sacrificed more than most of us. And as someone who's worked with thousands of different people over the course of my career…I'm honored to be able to call him one of my true friends. I hope I've painted a good enough picture of who Dustin is. He deserves your understanding of that. Thank you for your time.

Sincerely,

/s/

William Sommer

# EXHIBIT 92

October 7, 2023

The Honorable James L. Cott
Magistrate Judge
United States District Court, Southern District of New York
500 Pearl Street
New York, NY 10011

Dear Honorable James L. Cott,

   I am writing to you today in support of Retired 1st Grade Detective Dustin Genco.

   I first met Dustin in 2008 when we were both assigned to the Drug Enforcement Task Force. From day one Dustin wanted to get to work fighting the influx of Narcotics into the New York City area. Throughout my 12 years in the Task Force before retiring in March 2020, Dustin was the most active member in the Unit; he had the most arrests, he had the most search warrants and was known by all as the most dedicated to his job.

   My last two years in the Task Force I was assigned to Administrative Duties. It was common to find Dustin by his desk late at night typing up his reports. Since he wanted to spend most of his tour on the street his time in the office was occasionally on his own time. It was very common for me to say Dustin go home and spend some time with the family. I was happy to hear he was retiring from NYPD shortly after I retired but not surprised he wanted to continue his work for Nassau County. Dustin could have easily taken an Analyst position at any Federal Law Enforcement Agency or just could have taken some time off to spend with his family. Instead he immediately started working as an Investigator doing what he knew best, combating Narcotics.

   Please consider in your Sentencing Dustin Genco's long career in the NYPD and all the lives he saved in fighting Narcotics in New York State and beyond.

Sincerely,

/s/

Paul J. Strafaci
Retired NYPD Detective 2nd Grade

# EXHIBIT 93

Joseph Tamweber
11 Vervalen Drive
Poughkeepsie, NY

October 10, 2023

Honorable Judge James L. Cott
Magistrate Judge
United States Courthouse
500 Pearl St.
New York, NY 10007

Re: Dustin Genco

Honorable Judge Cott,

Thank you for taking the time to read this letter, my name is Joseph Tamweber. In my official capacity I am, a Special Agent with United States Agency for International Development Office of Inspector General. I previously worked at the Drug Enforcement Administration New York Division for 14 years, with my last position being a Supervisor Special Agent.

During the course of my approximate 15 year career in law enforcement, I have had the ability to meet several people from many walks of life. In mid 2012, I first met then NYPD Detective Dustin Genco. Our professional and personal relationship has grown since that time. In getting to know him over the past ten years I have been fascinated with his determination to thwart crime and rid the streets of poison. Dustin is bar none the hardest working policeman I have met in my career. Dustin was always a team player and was looking to assist whomever needed assistance. While also trying to be a difference maker with his own cases, Dustin had also lent his time and experience to several other law enforcement officers with their investigations. Whether he was providing his time or insight with how to make the investigation a success. One of the constants was that you were always hearing of was Dustin's successes within his investigations. Bar none Dustin is solely responsible of saving countless lives from the amount of narcotics he seized off the streets and while at the same time thwarting violence as a result of those narcotics seizures. On several occasions my investigations crossed over with Dustin's and he was a gentleman and frothing coming with the sharing of information as it related to our cases. As a result of Dustin's efforts that were shared with me, it led to much success for the both of us.

The landscape of law enforcement has greatly changed in the United States during my time in this line of work. The one constant has been Dustin's drive and admiration for the job. At the

same time, Dustin is an adamant and conscious family man on top of all his. For all the hours he put into combating crime, he always made time for his family. Dustin was always present at his children's activities.

With all this said, Dustin served the City of New York and the citizens of the United States for several years with an incredible admiration, diligence, and respect. Dustin's career began with the NYPD and ended with the with Nassau County District Attorney's Office. That span of time was from 1994 - 2023, spanning just under thirty years. Your honor I would like to draw your attention to that dash between 1994 and 2023. That dash signifies an incredible amount of time and dedication in which Dustin was selfless, made many sacrifices of his time and family to answer the call to service.

Thank you for a few moments of your time.

Respectfully,

Joseph Tamweber

# EXHIBIT 94

Joseph Tesoriero
809 W. 1st Street
Madison, IN 47250

Hon. James L. Cott
United States Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10013

September 22, 2023

Dear Judge Cott,

I am writing this letter in support of Dustin Genco, who is to appear before you for sentencing in a matter in which he pled guilty to a charge relating to his use of excessive force in connection with an arrest he had made.

I am a retired New York County Assistant District Attorney, and I had been assigned to the Office of the Special Narcotics Prosecutor for the City of New York. In that office I was the bureau chief of the Special Investigations Bureau ("SIB") for approximately 10 years, from 2001 to 2011. Thereafter and until my retirement in 2021, I was an Executive Assistant District Attorney in that office with supervision of SIB as one of my duties.

During the times described above, I came to know Dustin Genco, as he was a detective assigned to the New York Drug Enforcement Task Force who brought many of his cases to our office, and to SIB in particular. He always was a thorough and professional detective. Moreover, I was not aware of any evidence of, nor any allegation of, his use of excessive force in any of the arrests in which he participated in cases handled by SIB.

I hope this information aids you in your sentencing decision.

Very truly yours,

Joseph Tesoriero
Joseph Tesoriero

# EXHIBIT 95

October 10, 2023

The Honorable James L. Cott
Magistrate Judge
United States District Court, Southern District of New York
500 Pearl Street
New York, NY 10011

Dear Honorable James L. Cott,

My Name is Richard Turk. I'm currently a Senior Investigator with The Office of the Special Narcotics Prosecutor in New York City and am also a retired Detective first grade from the New York City Police Department.

I have known Dustin for close to twenty-five years and had the privilege of working closely with Dustin for the last ten years, both in the NYC DEA Task Force and also while he was an investigator in Nassau County and myself in the Special Narcotics Prosecutor's Office. Dustin is one of the most knowledgeable people when it comes to the Narcotics field and his work ethic is amazing and has single handedly done more to dismantle and disrupt transnational drug trafficking organizations operating within the United States/New York City Metropolitan Area, saving countless lives. Dustin is also an excellent co-worker/ teammate. Dustin never hesitated to help any of his co-workers with anything they needed and would literally drop everything to help anyone if they needed it. Dustin was pretty much this way with everyone he dealt with, regardless of where they worked or who they worked for.

One of Dustin's greatest attributes was he always wanted the people around him to succeed in whatever task was put before them. His work ethic was insatiable and that led him to be one of the most successful and recognized Detectives/Investigator in the history of the DEA Task Force. Dustin retired from the NYPD as a Detective first grade and was then hired as an investigator with the Nassau County District Attorney's Office and assigned to the DEA Task Force Long Island Office. Dustin quickly picked up right where he left off with the NYPD and started making a huge impact in his new assignment. His enthusiasm for identifying and dismantling Drug Trafficking Organizations now operating on Long Island was contagious amongst his co-workers and it showed, with Dustin's team recording some of the largest seizures of illicit drugs (mostly Fentanyl), once again keeping this poison from hitting the streets and saving countless lives.

Dustin was hands down, the best Detective/Investigator I ever worked with, but more importantly he's also one of the kindest and most compassionate human beings I've had the privilege of working with. Dustin constantly would go out of his way to make sure everyone around him was treated fairly and if they weren't, he would all of a sudden become their biggest advocate. Whether it was a work/labor issue or dealing with the everyday person that needed something to eat, clothes to wear or money for a ride home. I have witnessed Dustin numerous

times going above and beyond for people less fortunate than us and making sure they got what they needed and more importantly restoring their sense of dignity and helping them get through whatever obstacles they were dealing with in their lives.

Dustin also is an amazing husband and father to his two children. His dedication to his family was just as important as his job. I've met his wife and both of his children and they, just like most people that know Dustin, adore him and cherish being around him. He's an excellent provider for his family and works extremely hard to give them whatever they need so they can be successful in anything they choose to do in life.

I'm proud to call Dustin Genco my friend and cherish our friendship. I have not only learned a lot about work from Dustin, but more importantly how to treat people and how to navigate through life's ups and downs. Thank you for taking the time to read my letter.

Sincerely,

/s/
Richard Turk

# EXHIBIT 96

Eric M. Tyler
7597 Whisperwood Court
Springfield, VA 2215

October 7, 2023

Honorable James L. Cott
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Dear Judge Cott,

I am currently employed at the Drug Enforcement Administration (DEA) down in Arlington,
VA. I have worked for this agency since 2010, where I was hired out of Washington, DC, and
subsequently relocated to New York to work at the New York Division. I write this letter in
support of Dustin Genco. I have known Dustin since 2013 when I was transferred into his
enforcement group. Dustin was a Task Force Officer (TFO), who was employed by the New
York Police Department (NYPD), but worked and reported directly to the DEA. I was a newer
agent during this time when I started working with Dustin. From there we developed a
relationship working side by side and communicating on a daily basis. Dustin is one of the most
productive, energetic, passionate, motivated individuals I have ever met. His commitment to
working narcotic cases and carrying out the NYPD and DEA mission is second to none.

In 2016, Dustin and I were nominated by our supervisors to attend the Federal Law Enforcement
Foundation Annual Awards Luncheon at the Waldorf Astoria in New York. The awards
presentation honored men and women in law enforcement whose investigations merited
distinction. We were presented with Investigator of the Year Awards for our work on a narcotics
case. This case was a two year long investigation that was a result of multiple electronic
intercepts, the involvement of multiple DEA offices, and the arrest of 14 drug traffickers, the
seizure of 20 kilograms of heroin, and the seizure of over 1 million dollars in United States
currency.

From 2013 until 2019, I had the opportunity to work with Dustin on 100s of narcotics cases.
These cases would range from wiretaps, pen and ping orders, vehicle GPS installs, hours of
surveillance, pole camera installs and video review, debriefing informants, and doing countless
hours of paperwork and processing evidence. One case in particular involved a wiretap of a
money launder for the Sinaloa Cartel coming from California to New York on a monthly basis.
They would travel to New York every month collecting money and secretly depositing it into

banks under the reporting requirement. There were countless hours conducting surveillance and reviewing telephone calls on these two individuals who were laundering up to 1 million dollars a month. The tireless hours in this investigation lead to Juneau Alaska where these two individuals were arrested and extradited back to New York. This case was highlighted in the 2016 Office of Special Narcotics Prosecutor for the City of New York 2016 Annual Report. Another case in particular involved the arrest of 6 individuals who were observed by Dustin moving 3,000 pounds of marijuana out of a tractor trailer truck in Queens. The result of this investigation led to the seizure of the tractor trailer along with $300,000 in United States currency. This was another case that was recognized and was highlighted by ABC news 7 on October 6, 2015. One amazing thing about this investigation was that we were working a separate investigation that morning that involved the arrest of another individual who had kilograms of heroin in his possession. The group worked almost 48 hours straight after the evidence and targets were processed. Dustin was also instrumental in capturing two individuals after a marijuana grow house exploded in September, 2016. The result of the explosion killed FDNY Battalion Chief Michael Fahy along with injuring six police officers and nine other firefighters. Dustin was able to provide investigators with information on the identities and vehicles of the suspects who were later apprehended and prosecuted.

Dustin is a loving husband and father to 2 kids, who unfortunately, I did not get to know. I do know that working side by side with Dustin from 2013 to 2019, he missed a lot of after school sporting events involving his kids. His son Dustin, was an avid soccer and baseball player that practiced and played games after school. The volume of narcotic cases that Dustin and I worked on, and the geographic area from Dustin's residence to these cases, severely limited Dustin in making these after school events. It was an unfortunate sacrifice that Dustin had to make in support of the vital mission. It was often the case that I would receive telephone calls, text messages, and emails late into the night because Dustin was gathering intelligence for the next investigation. Although I did not get to know Dustin's family well, Dustin was incredibly generous in passing on lightly used sporting equipment to me for my children to use. These items were baseball bats and hockey equipment that "magically found its way in my front yard." He knew that my son loves sports and that he would make good use of these items.

In summary, I could write another 10 pages of some of the work that Dustin has done during my tenure with him. The amount of heroin mills that were dismantled and the amount of lives that were saved as a result, is truly incredible. I am not sure how many arrests he has over his career, but I am confident that it is an extraordinary number expanding to over 500. That just shows how instrumental Dustin is in being involved with helping out his community. His passion for the job, his perseverance in removing narcotics from communities, his character when working with his peers and being a mentor, is above and beyond. Dustin is one of the few people that would answer the phone at any hour and go out of his way to help out. Over the course of several years working with Dustin, it is obvious that he is well respected by his NYPD peers and supervisors.

Thank you for allowing me to submit this letter in support of Dustin Genco.

Sincerely,


Eric Tyler

# EXHIBIT 97

Robert Van Houten
2414 6th Avenue
East Meadow, NY 11554
September 25, 2023

The Honorable Judge James L Cott
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: Character Reference for Dustin Genco

Dear Judge Cott,

I understand that Mr. Dustin Genco will soon be in your court and you will have to determine a penalty for a recent misdemeanor conviction. While I am not privy to the details of this case, I am writing this letter to provide a little information concerning the positive character which I personally observed Mr. Genco to have. For approximately four and a half years (March 2016 to November 2020), I had the pleasure of supervising Mr. Genco while I was his NYPD Commanding Officer in the NYC Drug Enforcement Task Force. Though my relationship with Mr. Genco was primarily professional, I observed positive attributes in his character by his actions which I know made our community a much safer place and I also observed him to be a good family man.

In my position, it was my responsibility to closely monitor the activities of numerous law enforcement processionals. The goal of my unit was to disrupt major narcotic networks which were causing major disruptions to the criminal and health landscape of New York City. This was during the time when fentanyl first began to pour into our city causing record numbers of overdoses. In evaluating the work of the detectives who worked for me, Dustin Genco was always considered well above average in both his investigative skills and in his inner motivation to accomplish any tasks with the best possible results. What was extremely impressive to me was the fact that he would make decisions, which were not always popular with his colleagues, but were for the good of an investigation. Mr. Genco always had the inner fortitude to always do what is best for a case. Being a successful narcotics investigator involves the working of a tremendous amount of long hours at unconventional times. I recall instances where several investigators would be conducting surveillance as a team and they would just want to call it a day to finally go home. On numerous occasions, making the unpopular decision to continue the surveillance for the day, Mr. Genco pushed on all in an effort to keep fentanyl off our streets. This was a frequent occurrence and he developed a reputation as being a hard worker as a result. As for the investigative skills possessed by Mr. Genco, I recall a specific instance in September of 2016. Tragically, a NYC Firefighter died in an explosion at a residence in the Bronx after the fire department responded to a 911 call of a gas leak. As it turns out, the location was a major marijuana grow house and lab which was already under investigation for a couple of weeks by Mr. Genco. I recall responding to the location shortly after the explosion and meeting with Mr. Genco and watching as he was working with homicide investigators. Mr. Genco was coordinating with investigators and providing them with detailed professionally laid out information on the subjects who were

associated with the residence. Ultimately, two individuals, aided with information provided by Mr. Genco, were charged and convicted of crimes associated with this tragic death. Though, I'm sure this death has caused lifelong pain to the family of the fireman, I'm sure that these arrests provided a little bit of comfort to this family. This is just one instance of the many positive contributions made by Mr. Genco.

As I mentioned my relationship with Mr. Genco was primarily professional, but I do recall two instances that showed me the type of family man he is. The first occurred on a day off when I was at a local high school watching a sporting event for one of my sons. As I was watching the event, I observed that Mr. Genco had entered a viewing area as his son was a player for an opposing team. We had a conversation and I remember how proud he was of his son and his playing skills. He was beaming with pride as he discussed his son's potential future in the sport. The second event was a conversation I had with Mr. Genco one day at work. Mr. Genco was talking about his efforts to purchase his daughter a car as she needed one because she was beginning college. I remember that as he was pondering the type of car he was going to get her his primary wish and concern was for her safety. As civil servants, costs of things like this were typically a factor. In my conversation with Mr. Genco costs in this instance was not a factor. His concern was solely of the reliability and safety of a car only thinking about his daughter's well-being. As a result of these two memories, my impression of Mr. Genco was that of an involved, caring and loving father.

I thank you for taking the time to review my letter and I understand that your job is a difficult one. I sent this letter to give you a little more insight into the contributions that Dustin Genco has made to society and as a family man. I am totally confident that whatever lies ahead for Mr. Genco that they will include positive contributions to both society and to his family.


Sincerely,

Robert Van Houten

# EXHIBIT 98

October 10, 2023

The Honorable James L. Cott
Magistrate Judge
United States District Court, Southern District of New York
500 Pearl Street
New York, NY 10011

Dear Honorable James L. Cott,

My name is Joseph Vecchione, I am a retired Law Enforcement officer with over 32 years of experience, the last 20 as a Special Agent with the Drug Enforcement Administration (DEA). I have also served as Police Officer for the NYPD and the City of Sunrise, Florida. During my career I have worked in several states, including New York, Florida, and California (San Diego). Additionally, I worked as a DEA Agent in Bogota, Colombia for six years.

While assigned to the DEA office in San Diego, I had the pleasure of working with Detective Dustin Genco, who was assigned to the NY DEA office as a Task Force Officer. While assigned to the DEA office in San Diego, I worked several narcotic investigations with the assistance of Detective Genco. I have gotten to know Dustin not only professionally but also personally. He always was eager to assist and answer any questions I had pertaining to our investigations. On several occasions, I was present while Dustin interviewed potential witnesses and suspects. Dustin always displayed a professional demeanor in addition to showing compassion.

Having served in many jurisdictions during my career as a Police Officer, Detective and Special Agent, I've gotten to know many investigators and detectives, several of which I consider life-long friends. Dustin is one of them. Dustin is one of the finest members of the Law Enforcement community I had encountered. I have gotten to know him as a very kind, generous, outstanding man with an impeccable reputation. His integrity is second to none. I know Dustin to be very engaged in the lives of his son and daughter, speaking often of them and how proud he is of them both.

I am happy to say without any reservation, Dustin Genco is an outstanding man with great character. If there were more men and women who were eager to serve their communities like Dustin, everyone would benefit.

Sincerely,

/s/

Joseph Vecchione

# EXHIBIT 99

Honorable Judge James L. Cott,


I am writing this letter of support for Detective Dustin Genco. My name is William Walsh. I am a retired NYPD Sergeant and at present, an Investigator with the Nassau County District Attorney's Office. I am currently assigned to an FBI Task Force investigating violent crimes, human trafficking, and child exploitation. I have a total of thirty-nine years working in law enforcement. I am married and living in Oyster Bay. I have three grown children, two boys and one girl. My children are college graduates, fully employed in their respective fields, and living on their own.

I have known Dustin Genco for approximately twenty-five years. I was assigned as an NYPD Sergeant to Manhattan North Narcotics, Central Harlem Initiative from 1998 until my retirement on May 31, 2002. I supervised a narcotics team that worked with three other teams, one of which detective Genco was assigned. We conducted buy and bust operations, search warrant executions and case investigations in the confines of the 32 Pct. It was during this time that I worked with and got to know Detective Genco. I have supervised Detective Genco on hundreds of narcotic arrests and search warrants. Detective Genco was one of the most diligent, dedicated Detectives that I have met. His service to the Harlem community speaks volumes. We can all see today how different the community is due to the efforts of law enforcement of which Detective Genco played a vital role. Risking his life every day in the city of New York, for the people of New York, when his wife and family reside with him in Seaford. I always viewed Detective Genco as being trustworthy and dependable. His character has always been above reproach. Detective Genco's integrity has never been in question. During his twenty-seven years in the NYPD and two years with the Nassau County District Attorney's Office, Detective Genco has confiscated millions of dollars in narcotics proceeds and hundreds of kilos of heroin, cocaine, and fentanyl.

After my retirement I became aware of Detective Genco's promotions to 2nd Grade Detective and First Grade Detective. I also became aware of his new assignment to the DETF. Detective Genco excelled in this assignment. He became the recipient of many awards and NYPD medals for his excellent work, dedication, and bravery. Even with all the time Detective Genco spent working cases he

always had time for his family. He has been married to his wife for twenty- five years and has always spoken fondly of her and the children. He would especially highlight the accomplishments of his children in school and playing sports. They are currently doing excellent in college with his daughter earning her master's degree in speech pathology and his son graduating a year early from college.

Your Honor I hope that this letter gives you some insight as to how dedicated, brave, and honorable of a man Detective Dustin Genco truly is.

Respectfully Submitted,

*William Walsh*

William Walsh

# EXHIBIT 100

Jonathan A. Wilson
2647 Fawn Lane
Warrington, PA 18976

October 12, 2023

The Honorable James L. Cott
United States Courthouse
500 Pearl Street
New York, NY 10007

RE: Character letter for Mr. Dustin Genco's sentencing hearing (*United States v. Dustin Genco*)

Dear Judge Cott:

My name is Jon Wilson. I retired from the United States Drug Enforcement Administration (DEA) in 2021 after 33 years of service. My most recent assignment was as the Special Agent in Charge of the Philadelphia Field Division. Before that, I was the Associate Special Agent in Charge of the New York Drug Enforcement Task Force (NYDETF). The NYDETF is the oldest and largest task force in the country and is comprised of criminal investigators from the DEA, New York City Police Department (NYPD), and the New York State Police (NYSP). The mission of the NYDETF is to dismantle and disrupt the largest narcotics trafficking organizations responsible for fueling drug addiction in the New York City metropolitan area. I am writing this letter in support of Dustin Genco. As you are aware, Dustin is scheduled to be sentenced in your Court on December 6, 2023.

It was during my tenure as the Associate Special Agent in Charge of the NYDETF that I supervised and came to know Dustin Genco. I have known Dustin for the last several years, both as a friend and colleague. Dustin was professional, trustworthy and one of the hardest working investigators in the NYDETF and New York Field Division, as a whole. Dustin is well respected by his peers and was considered the "go to" narcotics investigator in the five boroughs of New York City. In addition, Dustin had an outstanding reputation with the management and the line assistants of the U.S. Attorney's Offices (SDNY and EDNY), as well as Special Narcotics Court. Since I've known him, Dustin has always been quick to assist other task force officers, agents and local narcotics teams in their investigations while maintaining a heavy case load of his own. He often served as a mentor to newly assigned task force personnel. There were many times over the last several years that I observed Dustin share intelligence and closely coordinate operations with other DEA offices to ensure the greatest impact for all communities in multi-jurisdictional investigations. Dustin has always been dedicated to the mission of the DEA, and to the men and women who worked with him.

I am aware of the conduct to which Dustin has pled guilty and I am stunned that Dustin, as the consummate law enforcement professional whom I have come to know, could have committed this act. It is a complete aberration and wholly inconsistent with the person I know and supervised. Therefore, I respectfully request that this Court take my knowledge of Dustin into consideration when sentencing him. A law enforcement professional such as Dustin could suffer no greater punishment than he has already received; a horrible ending to a decades long, exemplary law enforcement career. Thank you for your time and consideration.

Sincerely,

Jonathan A. Wilson

# EXHIBIT 101

**Magistrate Judge Hon. James L. Cott**

**United States Courthouse**

**500 Pearl St.**

**New York, N.Y. 10007-1312**

Dear Hon. James L. Cott,

My name is Sean Wulff. I have been a law enforcement officer for approximately 20 years and was a member of the D.E.A.'s New York Drug Enforcement Task Force from 2004 through 2019, where I had the opportunity to work with Dustin Genco.

I have known Dustin for approximately 15 years. Throughout these years I have had the opportunity to speak regularly with Dustin about his family. During these discussions it was clear to me that Dustin is a dedicated family man and takes great pride and joy in his wife and children. Dustin is the sole provider for his family and does everything in his power to ensure their care and wellbeing.

During Dustin's tenure at D.E.A.'s New York Drug Enforcement Task Force, I worked alongside him, where he worked on the most complex international narcotics investigations as a narcotics investigator. His work with the D.E.A.'s New York Drug Enforcement Task Force was second to none and quickly noticed by his peers and supervisors. Based on his hard work, Dustin was promoted twice to 2nd Grade Detective, and then again to 1st Grade Detective.

Dustin selflessly assisted me during numerous cases and provided me with invaluable intelligence that furthered my investigations. Dustin put getting the job done and focused on a team effort and putting criminals in jail ahead of personal accolades. This quality is one thing that always stood out to me about Dustin, a lot of law enforcement officers sadly don't have his selflessness and dedication to the mission solely because it's the right thing to do. His compassion and integrity were at the utmost when dealing with the public of New York City. I, on at least one occasion observed Dustin take money from his own pocket to help a single mother who was displaced due to an investigation. I was proud to work with Dustin and am proud to call him a friend. He is a great father who sacrificed many years serving the great city of New York and the United States during his tenure with D.E.A.

For Your consideration.

Sincerely,

*Sean M. Wulff*

Sean M. Wulff